1   BARRY E. HINKLE, Bar No. 071223
    PATRICIA A. DAVIS, Bar No. 179074
2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  THE BOARD OF TRUSTEES, in their       )  No.      CV 09-2053 MMC
    capacities as Trustees of the CEMENT  )
11  MASONS HEALTH AND WELFARE TRUST )
    FUND FOR NORTHERN CALIFORNIA,         )
12  CEMENT MASONS PENSION TRUST FUND )
    FOR NORTHERN CALIFORNIA, CEMENT       )
13  MASONS VACATION/HOLIDAY TRUST         )  **EX PARTE APPLICATION FOR**
    FUND FOR NORTHERN CALIFORNIA,         )  **CONTINUANCE OF CASE**
14  CEMENT MASONS APPRENTICESHIP AND )  **MANAGEMENT CONFERENCE;**
    TRAINING TRUST FUND FOR NORTHERN )  **(PROPOSED) ORDER**
15  CALIFORNIA,                           )
                                          )
16            Plaintiff,                  )
                                          )
17      v.                                )
                                          )
18  CHARLES B. HARDING CONSTRUCTION,      )
    INC., A California Corporation,       )
19                                        )
              Defendant.                  )
20  _____)

21  **TO:    CHARLES B. HARDING CONSTRUCTION, INC., A California Corporation:**

22           Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case

23  management conference scheduled for October 27, 2009 be continued for ninety days to allow the

24  Court to decide the Motion for Default Judgment in this matter.

25           The Complaint was served on Defendant, CHARLES B. HARDING CONSTRUCTION,

26  INC.  Given that Defendant did not respond to the Complaint, Plaintiffs filed a Request for Entry

27  of Default.  Default was entered on August 5, 2009.  Plaintiffs filed a Motion for Default Judgment

28  on August 18, 2009.  A hearing was held on the Motion on September 29, 2009.  A Report and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  Recommendation was issued on the Motion on October 6, 2009.  Plaintiffs request that the Case

2  Management Conference be continued for ninety days to allow the Court to rule on the Report and

3  Recommendation on the Motion for Default Judgment.

4          The above stated facts are set forth in the accompanying declaration of Concepción E.

5  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

6  filed herewith.

7  Dated:  October 13, 2009

8                                            WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation
9

10                                           By:  _____/s/_____

11                                                CONCEPCIÓN E. LOZANO-BATISTA
   119212/547554
12

13              **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14          Based upon the foregoing Ex Parte Application for Continuance of Case Management

15  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

16  Continue Case Management Conference, the Court orders a continuance of the case management
                            to February 5, 2010.
17  conference for ninety days.  In addition, the Court Orders:

18

19  DATED:  October 16, 2009

20                                           _____
                                             HONORABLE ELIABETH D. LAPORTE MAXINE M. CHESNEY
21                                           JUDGE OF THE DISTRICT COURT

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Ex Parte Application for Continuance of CMC; (Proposed) Order   Case No. 09-2053 MMC