IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, in their capacity as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Cement Masons Pension Trust Fund for Northern California, Cement Masons Vacation/Holiday Trust Fund for Northern California, Cement Masons Apprenticeship and Training Trust Fund for Northern California,

    Plaintiff,

v.

CHARLES B. HARDING CONSTRUCTION, INC.,

    Defendant.

No. CV-09-2053 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** plaintiff's motion for default judgment is hereby GRANTED. Plaintiff is awarded attorneys' fees in the amount of $5900 and costs in the amount of $710.97.

Dated: January 5, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk